MEGAN K. MAYRY MCHENRY, ESQ.
Nevada State Bar No. 009119
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax: 702-434-3739
E-Mail: m.mayry@lvlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| XEROX CORPORATION, a New York Corporation,<br><br>     Plaintiff,<br><br>v.<br><br>KIMBERLY JO LAILAI dba ECO TOURS and COPY KING; COPY KING PUBLISHING HOUSE LLC, a Nevada Limited-Liability Company; ECO TOURS, INC., a Nevada Corporation; DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>     Defendants. | CASE NO.: 2:10-CV-1495 |

**NOTICE TO VACATE EX PARTE APPLICATION FOR ORDER TO SHOW CAUSE ON ISSUANCE OF WRIT OF POSSESSION**

PLEASE TAKE NOTICE that Plaintiff by and through its counsel, the Law Office of Hayes & Welsh, vacates the previously submitted Ex Parte Application for Order to Show Cause

/ / /

/ / /

1

on Issuance of Writ of Possession, filed as document No.: 2.

DATED this 14th day of October, 2010.

LAW OFFICE OF HAYES & WELSH

By: /s/ MEGAN K. MAYRY MCHENRY, ESQ.
GARRY L. HAYES, ESQ.
Nevada State Bar No. 001540
MEGAN K. MAYRY MCHENRY, ESQ.
Nevada State Bar No. 009119
199 N. Arroyo Grande, Suite #200
Henderson, Nevada 89074
Attorney for Plaintiff

```
IT IS SO ORDERED. Ex Parte Application to Show Cause on
Issuance of Writ of Possession (#2) is withdrawn from
consideration by the court.
```

_____
UNITED STATES MAGISTRATE JUDGE
DATE: OCTOBER 19, 2010

HAYES & WELSH
A PROFESSIONAL CORPORATION
199 NORTH ARROYO GRANDE BLVB., SUITE 200
HENDERSON, NEVADA 89074
(702) 434-3444  FAX (702) 434-3739