UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| XEROX CORPORATION, etc., ) | |
| ) | |
| Plaintiff, ) | 2:10-cv-1495-GMN-RJJ |
| ) | |
| vs. ) | |
| ) | |
| KIMBERLY JO LAILAI, etc., *et al.*, ) | O R D E R |
| ) | |
| Defendant, ) | |

This matter is before the Court on Plaintiff's Ex Parte Application (1) to Serve Process By Publication; and (2) For Extension of Time in Which to Effectuate Service (#16).

The Court having reviewed the Ex Parte Application (#16) and the Affidavit (#17) in support thereof and good cause appearing therefore,

IT IS HEREBY ORDERED that the Ex Parte Application (1) to Serve Process By Publication; and (2) For Extension of Time in Which to Effectuate Service (#16) is GRANTED.

IT IS FURTHER ORDERED that Summons in this suit be served on Defendant Kimberly Jo Lailai dba Eco Tours and Copy King herein by publication thereof in the Nevada Legal News, and that said publication be made for a period of four weeks and at least once a week during said time.

IT IS FURTHER ORDERED that the time in which to serve process upon Defendants, Kimberly Jo Lailai dba Eco Tours and Copy King and Copy King Publishing House LLC shall be extended for an additional 90 days.

IT IS FURTHER ORDERED AND DIRECTED that a copy of the Summons and Complaint be deposited in the United States Post Office, in Henderson, Nevada, enclosed in an

1  envelope upon which the postage is fully prepaid, addressed to Defendant Kimberly Jo Lailai dba
2  Eco Tours and Copy King at: 1320 Las Vegas Blvd., Las Vegas, Nevada 89101.
3      DATED this 20th  day of December, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge

- 2 -