MEGAN K. MAYRY MCHENRY, ESQ.
Nevada State Bar No. 009119
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax: 702-434-3739
E-Mail: m.mayry@lvlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| XEROX CORPORATION, a New York Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KIMBERLY JO LAILAI dba ECO TOURS and COPY KING; COPY KING PUBLISHING HOUSE LLC, a Nevada Limited-Liability Company; ECO TOURS, INC., a Nevada Corporation; DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:10-cv-01495-GMN-RJJ |

**DEFAULT JUDGMENT**

This Honorable Court having read and considered the Application for Judgment by Default, the Affidavits of Megan K. Mayry McHenry, Esq. and Charles Corrigan, and Defaults having been entered against Defendants KIMBERLY JO LAILAI dba ECO TOURS and COPY KING, COPY KING PUBLISHING HOUSE LLC, and ECO TOURS, INC. (hereinafter "Defendants") on December 10, 2010 and March 7, 2011, this Court having found that there is no just reason for delay and upon express direction for the Entry of Judgment and for good cause shown,

1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Application for Judgment by Default is hereby GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to FRCP 55(b) that Final Judgment be, and the same hereby is, entered in favor of Plaintiff, XEROX CORPORATION, and against Defendants, as follows:

For damages in the amount of $429,321.66, plus attorneys' fees in the amount of __-0-__, and costs in the amount of $804.00, for a total Judgment amount of __$430,125.66__ plus interest at the legal rate.

**IT IS SO ORDERED** this 14th day of March, 2011.

_____
Gloria M. Navarro
United States District Judge

Respectfully Submitted by:

LAW OFFICE OF HAYES & WELSH

By: _____
GARRY L. HAYES, ESQ.
Nevada State Bar No. 001540
MEGAN K. MAYRY MCHENRY, ESQ.
Nevada State Bar No. 009119
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
702-434-3444
Attorneys for Plaintiff